UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRISON,

    Plaintiff,

vs.

Case No. 07-CV-11953
HON. GEORGE CARAM STEEH

ASSET ACCEPTANCE CORP.,
SBC/AMERITECH, and
ALLTELL COMMUNICATIONS,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR IFP STATUS ON APPEAL (#8)

Plaintiff Michael Garrison, appearing pro per, moves for leave to proceed in forma pauperis ("IFP") to appeal the court's May 9, 2007 Order dismissing his claims pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) on failure to state a claim on which relief may be granted, and the court's June 7, 2007 Order denying plaintiff's motion for relief from judgment and to amend complaint. Plaintiff invokes Federal Rules of Appellate Procedure 3 and 4, but fails to state the issues he intends to present on appeal, simply identifying the Orders from which he seeks an appeal. Plaintiff has failed to meet the requirements of Federal Rule of Appellate Procedure 24(a)(1)(C). Having again reviewed the pleadings and motions in this matter, the court finds that plaintiff's appeal is not in good faith. See 28 U.S.C. § 1915(a)(3). Accordingly,

Plaintiff's motion for IFP status on appeal is hereby DENIED.

SO ORDERED.

Dated: July 10, 2007

                                                      s/George Caram Steeh
                                                      GEORGE CARAM STEEH
                                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 10, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk